UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JACK BLAIR (#304924)

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NO. 07-836-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 14, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims will be dismissed as legally frivolous pursuant to 28 U.S.C. §§ 1915 and 1915A, with prejudice to their being asserted again until the conditions set forth in <u>Heck v. Humphrey</u>, are met.

Baton Rouge, Louisiana, February  19  , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA